# United States District Court
# For The Western District of North Carolina
# Asheville Division

Khosrow Parmaei ,

    Plaintiff(s),    JUDGMENT IN A CIVIL CASE

vs.    1:09-cv-00288

Administrator Rick Jackson ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/4/09 Order.

August 4, 2009

FRANK G. JOHNS, CLERK

BY: s/Joan Gosnell

Joan Gosnell, Deputy Clerk