IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CV288-03-MU

KHOSROW PARMAEI,                  )
                                  )
        Petitioner,               )
                                  )
        v.                        )          **O R D E R**
                                  )
RICK JACKSON,                     )
                                  )
        Respondent.               )
_____     )

  **THIS MATTER** comes before the Court upon Petitioner's Petition for Writ of Habeas

Corpus Under 28 U.S.C. § 2254 originally filed July 28, 2009 (Doc. No. 1.)  By Order dated

May 21, 2010, the Fourth Circuit vacated and remanded this Court's August 4, 2009 Order

finding the Petition untimely.  The Fourth Circuit concluded that the principles of equitable

tolling operate to allow Petitioner to pursue his claims.

  In accordance with the Fourth Circuit's Order, the undersigned finds that the Attorney

General should file an Answer detailing Petitioner's allegations and responding to each.

  **THEREFORE, IT IS HEREBY ORDERED** that no later than forty (40) days from the

filing of this Order, the Attorney General shall file an Answer to Petitioner's Petition for Writ of

Habeas Corpus, detailing Petitioner's allegations and responding to each.

              Signed: June 15, 2010

  **SO ORDERED**.

             Graham C. Mullen
             United States District Judge