# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09CV288-03-MU

| | | |
|---|---|---|
| **KHOSROW PARMAEI,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **RICHARD NEELY,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion. The hearing previously scheduled for December 14, 2010 at 10:30 will be held on February 24, 2011 at 10:30 in Courtroom 3 of the United States Courthouse in Charlotte, North Carolina. The parties should refer to the Court's prior Order setting this hearing for specific guidance as to what counsel should be prepared to discuss at the hearing. (Doc. No. 29).

**IT IS THEREFORE ORDERED** that a hearing will be held in this case on February 24, 2011 at 10:30 in Courtroom 3 of the United States Courthouse in Charlotte, North Carolina to determine whether Petitioner's supplemental evidence may be considered in the context of his habeas petition.

**SO ORDERED**.

Signed: February 4, 2011

Graham C. Mullen
United States District Judge