# United States District Court
# For The Western District of North Carolina
# Asheville Division

KHOSROW PARMAEI,

       Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                              1:09CV288-03-MU

RICHARD NEELY,

       Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 09/12/2011 Order.

                                              Signed: September 12, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court